

ORDERED in the Southern District of Florida on November 12, 2025.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                         CASE NO.: 25-15015-LMI
                                               Chapter 11
Ocean Five Condominium Assn, Inc.              [Subchapter V]
          Debtor
                                    /

**AGREED ORDER SUSTAINING or DENYING OBJECTIONS TO CLAIM
of THE BIROL OZYESILPINAR LIVING TRUST DATED MAY 23, 2011
[Cancels Hearing for November 13, 2025 at 1:30 PM]**

A hearing was scheduled for November 13, 2025 at 1:30 pm by order of this Court [DE 81] on the Objection to Claim ("**Objection**") filed by the Debtor [DE 71][1], and with agreement being reached between the Debtor and The Birol Ozyesilpinar Living Trust dated May 23, 2011 ("**Creditor**") regarding the three claims filed by Creditor which were subject of the Objection [Claim 2,3 and 4], it is hereby,

ORDERED as follows:

1. The Objection is sustained or denied under the conditions recited below.

2. The Objection to Claims 2 and 4 is sustained pursuant to agreement, but subject to the reservations recited in paragraphs 4-6 below.

---

[1] Claim 1 of FP&L was previously handled by separate order. [DE 83]

CASE NO.: 25-15015-LMI
Page 2

      3.      The Objection to Claim 3 is denied pursuant to agreement, but subject to the reservations recited in paragraphs 4-6 below.

      4.      The sustaining or denying of Claims 2 to 4 is exclusively for purposes of determining the voting rights of Claimant in regard to this Chapter 11 proceeding. This order shall not affect either party's rights to assert prepetition disputes between the parties in the event the Chapter 11 either does not confirm or properly consummate. This order further does not bar postpetition claims which either party may assert against the other.

      5.      Nothing contained in this order shall be construed to apply in any current or future litigation or disputes between the parties, or any third-party disputes.

      6.      Nothing contained in this order shall impose any new deadlines upon Creditor for seeking the allowance of any postpetition claims or precluding Creditor from seeking other relief in this bankruptcy case including dismissal, conversion or denial of confirmation of the Debtor's plan of reorganization.

### # # #

MEYER & NUÑEZ, P.A.