# EXHIBIT B

# Case Information

**Local Case Number:**
2024-013191-CA-01

**State Case Number:**
132024CA01319101GE01

**Case Style:**
U S Bank National Association vs Giulia Birol Ozyesilpinar As Trustee Of The Boral et al

**Filing Date:**
07/16/2024

**Judicial Section:**
CA09 - Downtown Miami - Judge Cynamon, Abby

**Case Status:**
OPEN

**Case Type:**
RPMF -Non-Homestead

**Consolidated Case No.:**

# Related Cases

No data available

# Hearing Details

No data available

# Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | U S Bank National Association | **B#:** 598461 Lourdes M Sanchez-Barcia | **B#:** 53992 Collins, Sara Beth |
| Plaintiff AKA | Mastr Adjustable Rate Mortgages Trust 2007-3 Mortg | **B#:** 53992 Collins, Sara Beth | |
| Defendant | Giulia Birol Ozyesilpinar As Trustee Of The Boral | **B#:** 149411 Sutton, John R. | |
| Defendant | Ozyesilpinar, Giulia Birol | **B#:** 149411 Sutton, John R. | |
| Defendant AKA | Ozyesilpinar, Guilia Birol | **B#:** 149411 Sutton, John R. | |
| Defendant AKA | Ozyesilpinar, Birol | **B#:** 149411 Sutton, John R. | |
| Defendant | Ocean Five Condominium Association Inc | **B#:** 632619 Bickman, Joshua | |
| Defendant | International Fidelity Insurance Co | | |

# Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 69 | 06/10/2025 | | Motion for Extension of Time | Event | |
| 68 | 05/27/2025 | | Notice of Inactive Status | Event | |
| 67 | 05/27/2025 | | Notice of Filing: | Event | BANKRUPTY DOCKET |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|-----|------|-----------|--------------|------------|----------|
| 66 | 05/23/2025 | | Mediators Report | Event | |
| 65 | 05/21/2025 | | Receipt: | Event | Receipt#:3280185 Amt Paid:$900.00 Comment: Allocation Code Quantity Unit Amount 3203-Foreclose Cross Cl 1 $900.00 $900.00 Tender Type:eFilings Tender Amt:$900.00 Receipt Date:05/21/2025 Register#:328 Cashier:EFilingUser EFiling #:223458842 |
| 64 | 05/19/2025 | | Answer and Counter Claim | Event | |
| 63 | 05/19/2025 | | Plaintiff's Certificate of Settlement Authority | Event | |
| 62 | 04/28/2025 | | Proof of Publication | Event | |
| 61 | 04/24/2025 | | Notice of Mediation Conference | Event | |
| 60 | 04/09/2025 | | Certificate of Mailing | Event | |
| | 04/09/2025 | | Notice of Action Issued | Service | |
| 59 | 04/09/2025 | | Notice of Action - Publication | Event | and unknown spouse of Giulia Birol Ozyesilpinar aka Guilia Birol Ozyesilpinar aka Birol Ozyesilpinar 12 mailouts |
| 58 | 04/09/2025 | | Certificate | Event | OF FILING |
| 57 | 04/09/2025 | | Affidavit of Constructive Service | Event | |
| 56 | 03/14/2025 | | Publication Rejection Letter | Event | |
| 55 | 02/05/2025 | | Affidavit of Diligent Search | Event | |
| 54 | 02/05/2025 | | Service Return for Unknown Party | Event | UNKNOWN SPOUSE OF GIULIA BIROL OZYESILPINAR A/K/A GUILIA BIROL OZYESILPINAR A/K/A BIROL OZYESILPINAR |
| 53 | 02/05/2025 | | Affidavit of Diligent Search | Event | |
| 52 | 02/04/2025 | | Service Return for Unknown Party | Event | UNKNOWN TENANT IN POSSESSION 2 |
| 51 | 02/01/2025 | | Service Return for Unknown Party | Event | UNKNOWN TENANT IN POSSESSION 1 |
| 50 | 12/13/2024 | | Summons Returned - No Service | Event | |
| 49 | 12/12/2024 | | Service Return for Unknown Party | Event | UNKNOWN TENANT IN POSSESSION 2 |
| 48 | 12/12/2024 | | Summons Returned - No Service | Event | |
| 47 | 12/12/2024 | | Service Return for Unknown Party | Event | UNKNOWN SPOUSE OF GIULIA BIROL OZYESILPINAR |
| 46 | 12/12/2024 | | Service Return for Unknown Party | Event | UNKNOWN SPOUSE OF GIULIA BIROL OZYESILPINAR |
| 45 | 12/12/2024 | | Service Return for Unknown Party | Event | UNKNOWN TENANT IN POSSESSION 1 |
| 44 | 10/28/2024 | | Notice of Unavailability/absence | Event | |
| 43 | 10/25/2024 | | Notice of Appearance | Event | |
| 42 | 10/22/2024 | | Response: | Event | TO THE DEMAND FOR ESTOPPEL DISCLOSURE |
| 41 | 10/22/2024 | | Default | Event | |
| 40 | 10/18/2024 | | Notice To Change Attorney Of Record | Event | |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | | | Within Firm | | |
| 39 | 10/18/2024 | | Motion for Default | Event | |
| 38 | 10/07/2024 | | Request: | Event | FOR ESTOPPEL DISCLOSURE AND PAYOFF DISCLOSURE INCLUDING EXTENSION OF FORBEARANCE |
| 37 | 10/07/2024 | | Notice of Appearance | Event | |
| 36 | 09/16/2024 | | Certificate of Service | Event | |
| 35 | 09/16/2024 | | Order Setting CM Deadline | Event | |
| 34 | 08/21/2024 | | Service Returned | Event | |
| 33 | 08/21/2024 | | Service Returned | Event | |
| 32 | 07/23/2024 | | Receipt: | Event | Receipt#:3150130 Amt Paid:$70.00 Name:COLLINS, SARA BETH MCCALLA RAYMER PIERCE, LLC 225 E ROBINSON ST SUITE ORLANDO FL 32801-4326 Comment: Allocation Code Quantity Unit Amount 3139-Summons Issue Fee 1 $10.00 $10.00 3139-Summons Issue Fee 1 $10.00 $10.00 3139-Summons Issue Fee 1 $10.00 $10.00 3139-Summons Issue Fee 1 $10.00 $10.00 3139-Summons Issue Fee 1 $10.00 $10.00 3139-Summons Issue Fee 1 $10.00 $10.00 3139-Summons Issue Fee 1 $10.00 $10.00 Tender Type:eFilings Tender Amt:$70.00 Receipt Date:07/23/2024 Register#:315 Cashier:EFilingUser |
| 31 | 07/22/2024 | | Electronic Summons Email Notification Sent | Event | Sara B Collins |
| 30 | 07/22/2024 | | Electronic Summons Email Notification Sent | Event | Sara B Collins |
| 29 | 07/22/2024 | | Electronic Summons Email Notification Sent | Event | Sara B Collins |
| 28 | 07/22/2024 | | Electronic Summons Email Notification Sent | Event | Sara B Collins |
| 27 | 07/22/2024 | | Electronic Summons Email Notification Sent | Event | Sara B Collins |
| 26 | 07/22/2024 | | Electronic Summons Email Notification Sent | Event | Sara B Collins |
| 25 | 07/22/2024 | | Electronic Summons Email Notification Sent | Event | Sara B Collins |
| | 07/22/2024 | | 20 Day Summons Issued | Service | |
| 24 | 07/22/2024 | | ESummons 20 Day Issued | Event | Re: Index # 17. |
| | 07/22/2024 | | 20 Day Summons Issued | Service | |
| 23 | 07/22/2024 | | ESummons 20 Day Issued | Event | Re: Index # 16. |
| 22 | 07/22/2024 | | ESummons 20 Day Issued | Event | Re: Index # 15. |
| 21 | 07/22/2024 | | ESummons 20 Day Issued | Event | Re: Index # 14. |
| | 07/22/2024 | | 20 Day Summons Issued | Service | |
| 20 | 07/22/2024 | | ESummons 20 Day Issued | Event | Re: Index # 13. |
| 19 | 07/22/2024 | | ESummons 20 Day Issued | Event | Re: Index # 12. |
| | 07/22/2024 | | 20 Day Summons Issued | Service | |
| 18 | 07/22/2024 | | ESummons 20 Day Issued | Event | Re: Index # 11. |
| 17 | 07/19/2024 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 16 | 07/19/2024 | | (M) 20 Day (P) Summons (Sub) Received | Event | |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|-----|------|-----------|--------------|------------|----------|
| 15 | 07/19/2024 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 14 | 07/19/2024 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 13 | 07/19/2024 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 12 | 07/19/2024 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 11 | 07/19/2024 | | (M) 20 Day (P) Summons (Sub) Received | Event | |
| 10 | 07/18/2024 | | Receipt: | Event | Receipt#:3120077 Amt Paid:$1,915.00 Name:COLLINS, SARA BETH MCCALLA RAYMER PIERCE, LLC 225 E ROBINSON ST SUITE ORLANDO FL 32801-4326 Comment: Allocation Code Quantity Unit Amount 3201-Foreclosure Filing 1 $1,906.00 $1,906.00 3142-Recording Fee 1 $4.00 $4.00 3142-Recording Fee 1 $5.00 $5.00 Tender Type:eFilings Tender Amt:$1,915.00 Receipt Date:07/18/2024 Register#:312 Cashier:EFilingUser |
| 8 | 07/17/2024 | 34323/1382 | Lis Pendens | Event | |
| 7 | 07/16/2024 | | Email Notice: | Event | mrservice@mccalla.com |
| 6 | 07/16/2024 | | Notice of Confidential Information Within Court Filing | Event | |
| 5 | 07/16/2024 | | Notice: | Event | |
| 4 | 07/16/2024 | | Notice: | Event | |
| 2 | 07/16/2024 | | Complaint | Event | |
| 1 | 07/16/2024 | | Civil Cover Sheet - Claim Amount | Event | |