

**ORDERED in the Southern District of Florida on February 2, 2026.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

                                  Chapter 11 Cases

                                  Case No.:  25-15015-LMI

OCEAN FIVE CONDOMINIUM
ASSOCIATION, INC., *et al.*

     Debtor.

_____/

**ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION'S
<u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>
(458 Ocean Dr # 302, Miami Beach, FL 33139-6614)**

**THIS CAUSE** came before the Court upon the Motion for Relief from Automatic Stay [ECF No. ___118___] (the "<u>Motion</u>") filed by Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for MASTR ADJUSTABLE-RATE MORTGAGES

TRUST 2007-3 MORTGAGE PASS- THROUGH CERTIFICATES, SERIES 2007-3, its successors and/or assigns, ("Movant"), and the Movant by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the Movant, a response to the Motion, and that the relief to be granted in this order is the identical relief requested in the Motion. The Court being fully advised in the premises, it is

**ORDERED**:

1. The Motion is GRANTED as provided herein.

2. To the extent the automatic stay under 11 U.S.C. § 362(a) applies to the relief requested by Movant, it is modified to authorize the Movant to pursue and otherwise enforce its *in rem* contractual and state law remedies, including, without limitation, to commence or continue to foreclose any lien recorded in favor of Movant, as to the real property located at 458 Ocean Dr # 302, Miami Beach, FL 33139-6614 (the "Property"), more fully described as:

> Condominium Unit 302, of OCEAN FIVE CONDOMINIUM, a condominium, according to the Declaration of Condominium thereof, filed under Clerk's File No. 2007R0016456, and recorded in Official Records Book 25252, at Page 3226, of the Public Records of Miami-Dade County, Florida and together with an undivided share in the common elements appurtenant thereto.

3. The relief granted does not permit Movant to seek or obtain *in personam* relief against the Debtor.

4. The Court makes no findings as to either (a) the value of the Property, (b) the extent, priority, or validity of any lien against the Property, or (c) the amount of any claim that may be held by the Movant relating to the Property, including, without limitation, against any owner of the Property.

      5.      The entry of this Order shall neither waive, nor otherwise restrict or prevent the Debtor from pursuing, any of the Debtor's rights under the homeowner benefit agreements, recorded memoranda or other notices, and any related documents executed or recorded in favor of the Debtor, including, without limitation, the right to pursue any claims against any surplus funds that may exist following any foreclosure sale of the Property.

      8.      The Court reserves jurisdiction to interpret and enforce this Order.

###

**Submitted by:**
Toni Townsend
Florida Bar No. 1022285
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: (312) 346-9088 X5174
Fax: 312-803-9663
Email: Toni.Townsend@mccalla.com

Attorney Toni Townsend is directed to serve copies of this order on all required parties that do not receive one electronically and file a certificate of service.