**Fill in this information to identify the case:**

Debtor Name __Ocean Five Condominium Assoc Inc__

United States Bankruptcy Court for the: Southern District of Florida

Case number: __25-15015-LMI__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __January 2026__

Line of business: __Condominium Assoc__

Date report filed: _____
MM / DD / YYYY

NAISC code: __813990__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Ocean Five Condominium Assoc Inc                    Case number  25-15015-LMI

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 95,712.09

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 47,052.36

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 87,058.95

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 40,006.59

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 55,705.50

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

*(Exhibit E)*

Debtor Name  Ocean Five Condominium Assoc Inc                    Case number  25-15015-LMI

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                    $    37,000.00

     *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                              0

27.  What is the number of employees as of the date of this monthly report?                  0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $    0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $    0.00

30.  How much have you paid this month in other professional fees?                              $    0.00

31.  How much have you paid in total other professional fees since filing the case?            $    227.50

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** | **Actual** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $  30,925.40 | − $  47,052.36 | = $  16,126.96 |
| 33.  **Cash disbursements** | $  16,050.83 | − $  87,058.95 | = $  73,000.12 |
| 34.  **Net cash flow** | $  14,874.57 | − $  40,006.59 | = $  54,881.16 |

35.  Total projected cash receipts for the next month:                                  $  30,925.40

36.  Total projected cash disbursements for the next month:                            − $  16,050.83

37.  Total projected net cash flow for the next month:                                  = $  14,874.57

Debtor Name  Ocean Five Condominium Assoc Inc

Case number  25-15015-LMI

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**MONTHLY OPERATING REPORT –
SMALL BUSINESS**

**ATTACHMENT NO. 2**

### EXHIBIT C RECEIPTS DETAILS

| Date of Receipt | Source Name | Purpose or Description | Amount |
|---|---|---|---|
| 01/02/26 | LOCKBOX DEPOSIT | Assessments Income | 1,448.66 |
| 01/06/26 | LOCKBOX DEPOSIT | Assessments Income | 4,581.58 |
| 01/06/26 | CR Offset OCEAN | Assessments Income | 15,936.90 |
| 01/09/26 | LOCKBOX DEPOSIT | Assessments Income | 1,951.33 |
| 01/13/26 | LOCKBOX DEPOSIT | Assessments Income | 2,133.89 |
| 01/29/26 | Roxana Nasco | Wire In Roxana I Nasco PA | 21,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | 47,052.36 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

**MONTHLY OPERATING REPORT - SMALL BUSINESS**

**ATTACHMENT NO. 3B**

### EXHIBIT D CASH DISBURSEMENTS DETAILS

| Name of Bank | CITY NATIONAL BANK |
|---|---|
| Account Number | 6168 |
| Purpose of Account (Personal) | Operating |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 01/07/26 | Directtv | TV Service | 728.71 |
| | 01/08/26 | Northwest Exterminating Co, LLC | Pest Control | 48.00 |
| | 01/08/26 | Northwest Exterminating Co, LLC | Pest Control | 150.00 |
| | 01/09/26 | Granite Telecommunications | Telephone | 108.81 |
| 100048 | 01/09/26 | J&K Innovate It LLC | Repairs | 3,000.00 |
| | 01/12/26 | Northwest Exterminating Co, LLC | Pest Control | 63.00 |
| | 01/12/26 | Betterwaste Management Corp. | WASTE SERVICE | 1,218.46 |
| | 01/13/26 | Northwest Exterminating Co, LLC | Pest Control | 266.18 |
| 100050 | 01/15/26 | Altura Drone Service LLC | Drone Service | 1,926.00 |
| | 01/15/26 | FPL | Utilities | 2,293.97 |
| | 01/16/26 | MIAMI BEACH CITY | Utilities | 1,927.52 |
| 100053 | 01/16/26 | Acosta Plumbing Service LLC | Repairs | 250.00 |
| | 01/20/26 | HiQ Internet | Internet | 99.99 |
| 10005 | 01/21/26 | Travelers | Insurance | 7,211.00 |
| | 01/23/26 | RSC INSURANCE BR | Insurance | 29,351.40 |
| | 01/26/26 | Northwest Exterminating Co, LLC | Pest Control | 111.00 |
| | 01/26/26 | Alsco | 4X6 Mat, Slate | 308.65 |
| | 01/26/26 | Miami International Elevator | Pest Control | 415.00 |
| 100057 | 01/27/26 | Ocean Five Hotel LLC | Janitorial Serv. | 2,750.00 |
| | 01/29/26 | Transfer | 6186 DIP Operating | 34,767.26 |
| | 01/29/26 | DBPR | License and Permits | 64.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 87,058.95 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -**
**SMALL BUSINESS**

**ATTACHMENT NO. 3B**

### EXHIBIT D CASH DISBURSEMENTS DETAILS

| Name of Bank | CITY NATIONAL BANK |
|---|---|
| Account Number | 6177 |
| Purpose of Account (Personal) | RESERVE |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -
SMALL BUSINESS**

**ATTACHMENT NO. 3B**

### EXHIBIT D CASH DISBURSEMENTS DETAILS

| Name of Bank | CITY NATIONAL BANK |
|---|---|
| Account Number | 6186 |
| Purpose of Account (Personal) | RESERVES SIRS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 01/29/26 | Meyer & Nunez PA IOLTA  Account | Meyer & Nunez PA IOLTA  Account | 34,767.26 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 34,767.26 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -
SMALL BUSINESS**

**ATTACHMENT NO. 3B**

## EXHIBIT D CASH DISBURSEMENTS DETAILS

| | |
|---|---|
| **Name of Bank** | CITY NATIONAL BANK |
| **Account Number** | 6195 |
| **Purpose of Account (Personal)** | MONEY MARKET |
| **Type of Account (e.g., Checking)** | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |



# City National Bank

100 S.E. 2nd Street, 19th Floor
Miami, FL 33131-2151
833-448-6500
citynational.com

Account: XXXXXXX6168

## Client Services


**Online**
citynational.com


**CityTel**
1-800-762-CITY (2489)

**Your Banking Center**
HOA
P.O. Box 025620
Miami, FL 33102-5620

**Telephone**
305-577-7336
800-435-8839

**Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

OCEAN FIVE CONDOMINIUM ASSOC INC- BKCY
DEBTOR-IN-POSSESSION
CARLOS J HERERA
CHAPTR 11 - C# 2025-15015
1680 MICHIGAN AVE STE 1014
MIAMI BEACH FL 33139-2549

For additional locations and hours, please visit citynational.com/locations

NMLS412469

Member FDIC

EQUAL HOUSING LENDER



Institute of Contemporary Art Miami | City National Bank

## Bankruptcy

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX6168 | Beginning Balance: | $44,434.00 |
| Last Statement: | December 31, 2025 | Ending Balance: | $4,427.41 |
| This Statement: | January 30, 2026 | Average Ledger Balance: | $46,623.91 |
| | | Low Balance: | $4,427.41 |

## Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| **01-01** | **Beginning Balance** | | | **$44,434.00** |
| 01-02 | LOCKBOX DEPOSIT | $1,448.66 | | $45,882.66 |
| 01-06 | LOCKBOX DEPOSIT | $4,581.58 | | $50,464.24 |
| 01-06 | CR Offset OCEAN FIVE CONDO ACHplus OrigSetl 1208088100 | $15,936.90 | | $66,401.14 |
| 01-07 | DIRECTV DIRECTV 38203962 | | $728.71 | $65,672.43 |
| 01-08 | AVIDPAY AVIDPAY SERVICE REF* CK* 100051* 260107* Northwest Exterminating Co LL\1 | | $48.00 | $65,624.43 |
| 01-08 | AVIDPAY AVIDPAY SERVICE REF* CK* 100052* 260107* Blue Sky Miami Inc\197798244\15 | | $150.00 | $65,474.43 |
| 01-09 | LOCKBOX DEPOSIT | $1,951.33 | | $67,425.76 |
| 01-09 | GRANITE TELECOMM CASH CONC 04038316 | | $108.81 | $67,316.95 |
| 01-09 | CHECK # 100048 | | $3,000.00 | $64,316.95 |
| 01-12 | AVIDPAY AVIDPAY SERVICE REF* CK* 100055* 260109* Northwest | | $63.00 | $64,253.95 |



**Have you visited The Institute of Contemporary Art (ICA), Miami?**

Free admission to ICA is made possible by City National Bank.

Scan the code to claim your ticket.



## Proud Partner Of The Institute of Contemporary Art, Miami

Experience bold exhibitions and innovative ideas—all made accessible by City National Bank of Florida's partnership with the Institute of Contemporary Art.



Outstanding checks, withdrawals and debits:

| Number | Description | Amount |
|--------|-------------|--------|
|        |             | $      |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
| Total  | $           |        |

Bank balance shown on this statement:        _____

**Add +**

Deposits not credited on this statement (if any)    _____
                                                    _____
                                                    _____
                                                    _____
                                                    _____

**Total**                                           _____

**Subtract –** outstanding items                    _____

**Balance\***                                       _____

*\*This balance should agree with your checkbook balance after deducting service charge (if any) or adding interest (if any) shown on this statement.*

**In Case of Errors or Questions About Your Electronic Funds Transfer on a Consumer Account:**
Contact your local City National Bank of Florida banking center, or for lost check card call us at 1-800-762-2489 24-hours a day or write us (City National Bank of Florida, c/o E.F.T. Department, P.O. Box 025606, Miami, Florida 33102-5606) as soon as possible.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you **no later than 60 days after we sent you the FIRST statement** on which the error or problem appeared. (1) Tell us your name and account number, (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information, and (3) tell us the dollar amount of the suspected error and the date the transaction occurred. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this and this is a consumer account, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation. If you are asked to submit your complaint or question in writing and signed by you, and it is not received within 10 business days, we may not credit your account the disputed amount.

**Consumer Lines of Credit Finance/Interest Charge Calculation Information:**
City National Bank of Florida calculates FINANCE/INTEREST CHARGES on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. These daily finance charges are added together to determine the finance charge for the billing cycle.  To get the "daily balance" we take the beginning balance of your account each day of the billing cycle, add any new advances, and subtract any payments made or credits issued and any unpaid interest or other finance charges.

**In Case of Errors or Questions About Your Line of Credit Bill or Mortgage Loan Statement**:
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606 or call toll free 1-800-230-0332 as soon as possible. We must hear from you **no later than 60 days after we sent you the first bill or statement on which the error or problem appeared.** Telephoning us will not preserve your rights. In your letter, please provide: (1) your name and account number, (2) the dollar amount of the suspected error, and (3) describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount your question.

**Mortgage Loan Servicing Errors or Request for Information:**
Send a written request to City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606. In your written request, please provide your name, loan account number, and the specific error you believe occurred or the loan information being requested.

---

**Important - for Repurchase Agreements:**
**Investment products are not insured by the FDIC or by any federal government agency.  They are not a deposit or other obligation of, or guaranteed by City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested.**

---

**Access your account(s) 24 hours a day via online banking, mobile apps and with CityTel by calling 800-762-CITY or 856-470-1000.**



## Bankruptcy (continued)

### Daily Activity (continued)

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|------|-------------|---------------------|---------------------------|---------|
| | Exterminating Co LL\1 | | | |
| 01-12 | AVIDPAY AVIDPAY SERVICE REF* CK* 100054* 260109* Betterwaste Management Corp\198 | | $1,218.46 | $63,035.49 |
| 01-13 | LOCKBOX DEPOSIT | $2,133.89 | | $65,169.38 |
| 01-13 | AVIDPAY AVIDPAY SERVICE REF* CK* 100056* 260112* Blue Sky Miami Inc\198269472\15 | | $266.18 | $64,903.20 |
| 01-15 | FPL DIRECT DEBIT ELEC PYMT XXXXXX7549 PPDA | | $2,293.97 | $62,609.23 |
| 01-15 | CHECK # 100050 | | $1,926.00 | $60,683.23 |
| 01-16 | MIAMI BEACH CITY OF 5900780 | | $1,927.52 | $58,755.71 |
| 01-16 | CHECK # 100053 | | $250.00 | $58,505.71 |
| 01-20 | HiQ Internet 3052227699 | | $99.99 | $58,405.72 |
| 01-21 | CHECK # 10005 | | $7,211.00 | $51,194.72 |
| 01-23 | RSC INSURANCE BR DRAFTS 28999715 | | $29,351.40 | $21,843.32 |
| 01-26 | AVIDPAY AVIDPAY SERVICE REF* CK* 100059* 260123* Northwest Exterminating Co LL\1 | | $111.00 | $21,732.32 |
| 01-26 | AVIDPAY AVIDPAY SERVICE REF* CK* 100061* 260123* Alsco\199461522\157380465\19946 | | $308.65 | $21,423.67 |
| 01-26 | AVIDPAY AVIDPAY SERVICE REF* CK* 100058* 260123* Miami International Elevator\19 | | $415.00 | $21,008.67 |
| 01-27 | CHECK # 100057 | | $2,750.00 | $18,258.67 |
| 01-29 | Wire In ROXANA I. NASCO, P.A. #720067140 | $21,000.00 | | $39,258.67 |
| 01-29 | WEBXFR TO BANKRUPTCY 796186 | | $34,767.26 | $4,491.41 |
| 01-29 | DBPR DBPR 2026121624886 | | $64.00 | $4,427.41 |
| **01-30** | **Ending totals** | **$47,052.36** | **$87,058.95** | **$4,427.41** |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 10005 | 01-21 | $7,211.00 | 100053* | 01-16 | $250.00 |
| 100048* | 01-09 | $3,000.00 | 100057* | 01-27 | $2,750.00 |
| 100050* | 01-15 | $1,926.00 | | | |

* Skip in Check Sequence

OCEAN FIVE CONDOMINIUM ASSOC  INC- XXXXXXX6168               Statement Ending 01/30/2026                    Page 4 of 4





#10005          01/21/2026          $7,211.00          #100048          01/09/2026          $3,000.00





#100050          01/15/2026          $1,926.00          #100053          01/16/2026          $250.00

#100057          01/27/2026          $2,750.00

City
National
Bank

100 S.E. 2nd Street, 19th Floor
Miami, FL 33131-2151
833-448-6500
citynational.com

Account:                    XXXXXXX6177

## Client Services

 **Online**
citynational.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
HOA
P.O. Box 025620
Miami, FL 33102-5620

 **Telephone**
305-577-7336
800-435-8839

 **Your Banking Center Hours**
Lobby:        Monday - Friday:      9:00am - 5:00pm

OCEAN FIVE CONDOMINIUM ASSOC INC- BKCY
DEBTOR-IN-POSSESION
CARLOS J HERERA
CHAPT 11 - C# 2025-15015
1680 MICHIGAN AVE STE 1014
MIAMI BEACH FL 33139-2549

For additional locations
and hours, please visit
citynational.com/locations

NMLS412469

 Member **FDIC**

 EQUAL HOUSING LENDER

## Bankruptcy

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX6177 | Beginning Balance: | $3,654.92 |
| Last Statement: | December 31, 2025 | Ending Balance: | $3,654.92 |
| This Statement: | January 30, 2026 | Average Ledger Balance: | $3,654.92 |
| | | Low Balance: | $3,654.92 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 01-01 | **Beginning Balance** | | | **$3,654.92** |
| | No activity this statement period | | | |
| 01-30 | **Ending totals** | **$0.00** | **$0.00** | **$3,654.92** |



Institute of Contemporary Art Miami — City National Bank

## Have you visited The Institute of Contemporary Art (ICA), Miami?

Free admission to ICA is made possible by City National Bank.

Scan the code to claim your ticket.





## Proud Partner Of The Institute of Contemporary Art, Miami

Experience bold exhibitions and innovative ideas—all made accessible by City National Bank of Florida's partnership with the Institute of Contemporary Art.

OCEAN FIVE CONDOMINIUM ASSOC  INC- XXXXXXX6177           Statement Ending 01/30/2026                    Page 2 of 2



Outstanding checks, withdrawals and debits:

| Number | Description | Amount |
|--------|-------------|--------|
|        |             | $      |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
| Total  | $           |        |

Bank balance shown on this statement:          _____

**Add +**

Deposits not credited on this statement (if any)   _____
                                                                              _____
                                                                              _____
                                                                              _____
                                                                              _____

**Total**                                                      _____

**Subtract** – outstanding items                    _____

**Balance\***                                              _____

*\*This balance should agree with your checkbook balance after deducting service charge (if any) or adding interest (if any) shown on this statement.*

**In Case of Errors or Questions About Your Electronic Funds Transfer on a Consumer Account:**
Contact your local City National Bank of Florida banking center, or for lost check call us at 1-800-762-2489 24-hours a day or write us (City National Bank of Florida, c/o E.F.T. Department, P.O. Box 025606, Miami, Florida 33102-5606) as soon as possible.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you **no later than 60 days after we sent you the FIRST statement** on which the error or problem appeared. (1) Tell us your name and account number, (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information, and (3) tell us the dollar amount of the suspected error and the date the transaction occurred. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this and this is a consumer account, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation. If you are asked to submit your complaint or question in writing and signed by you, and it is not received within 10 business days, we may not credit your account the disputed amount.

**Consumer Lines of Credit Finance/Interest Charge Calculation Information:**
City National Bank of Florida calculates FINANCE/INTEREST CHARGES on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. These daily finance charges are added together to determine the finance charge for the billing cycle.  To get the "daily balance" we take the beginning balance of your account each day of the billing cycle, add any new advances, and subtract any payments made or credits issued and any unpaid interest or other finance charges.

**In Case of Errors or Questions About Your Line of Credit Bill or Mortgage Loan Statement:**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606 or call toll free 1-800-230-0332 as soon as possible. We must hear from you **no later than 60 days after we sent you the first bill or statement on which the error or problem appeared.** Telephoning us will not preserve your rights. In your letter, please provide: (1) your name and account number, (2) the dollar amount of the suspected error, and (3) describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount your question.

**Mortgage Loan Servicing Errors or Request for Information:**
Send a written request to City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606. In your written request, please provide your name, loan account number, and the specific error you believe occurred or the loan information being requested.

---

**Important - for Repurchase Agreements:**
**Investment products are not insured by the FDIC or by any federal government agency.  They are not a deposit or other obligation of, or guaranteed by City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested.**

---

**Access your account(s) 24 hours a day via online banking, mobile apps and with CityTel by calling 800-762-CITY or 856-470-1000.**




City
National
Bank

100 S.E. 2nd Street, 19th Floor
Miami, FL 33131-2151
833-448-6500
citynational.com

Page 1
Account:                    XXXXXXX6186

1 of 2

## Client Services

 **Online**
citynational.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
HOA
P.O. Box 025620
Miami, FL 33102-5620

 **Telephone**
305-577-7336
800-435-8839

**Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

OCEAN FIVE CONDOMINIUM ASSOC INC- BKCY
DEBTOR-IN-POSSESSION
CARLOS J HERERA
CHAP 11 - C# 2025-15015
1680 MICHIGAN AVE STE 1014
MIAMI BEACH FL 33139-2549

For additional locations
and hours, please visit
citynational.com/locations

NMLS412469

 Member
FDIC

 EQUAL HOUSING LENDER

## Bankruptcy


Institute of Contemporary Art Miami | City National Bank

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX6186 | Beginning Balance: | $47,600.53 |
| Last Statement: | December 31, 2025 | Ending Balance: | $47,600.53 |
| This Statement: | January 30, 2026 | Average Ledger Balance: | $47,600.53 |
| | | Low Balance: | $47,600.53 |

### Daily Activity

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Balance |
|---|---|---|---|---|
| **01-01** | **Beginning Balance** | | | **$47,600.53** |
| 01-29 | WEBXFR FR BANKRUPTCY 796168 | $34,767.26 | | $82,367.79 |
| 01-29 | Wire Out ePartner Dom Meyer & Nunez PA IOLTA Acct #720066102 | | $34,767.26 | $47,600.53 |
| **01-30** | **Ending totals** | **$34,767.26** | **$34,767.26** | **$47,600.53** |

## Have you visited The Institute of Contemporary Art (ICA), Miami?

Free admission to ICA is made possible by City National Bank.

Scan the code to claim your ticket.





# Proud Partner Of The Institute of Contemporary Art, Miami

Experience bold exhibitions and innovative ideas—all made accessible by City National Bank of Florida's partnership with the Institute of Contemporary Art.

OCEAN FIVE CONDOMINIUM ASSOC  INC- XXXXXXX6186          Statement Ending 01/30/2026          Page 2 of 2



Outstanding checks, withdrawals and debits:

| Number | Description | Amount |
|--------|-------------|--------|
|        |             | $      |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
| Total  | $           |        |

Bank balance shown on this statement: _____

**Add +**

Deposits not credited on this statement (if any) _____

_____

_____

_____

_____

**Total** _____

**Subtract – outstanding items** _____

**Balance*** _____

*This balance should agree with your checkbook balance after deducting service charge (if any) or adding interest (if any) shown on this statement.*

**In Case of Errors or Questions About Your Electronic Funds Transfer on a Consumer Account:**
Contact your local City National Bank of Florida banking center, or for lost check call us at 1-800-762-2489 24-hours a day or write us (City National Bank of Florida, c/o E.F.T. Department, P.O. Box 025606, Miami, Florida 33102-5606) as soon as possible.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you **no later than 60 days after we sent you the FIRST statement** on which the error or problem appeared. (1) Tell us your name and account number, (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information, and (3) tell us the dollar amount of the suspected error and the date the transaction occurred. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this and this is a consumer account, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation. If you are asked to submit your complaint or question in writing and signed by you, and it is not received within 10 business days, we may not credit your account the disputed amount.

**Consumer Lines of Credit Finance/Interest Charge Calculation Information:**
City National Bank of Florida calculates FINANCE/INTEREST CHARGES on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. These daily finance charges are added together to determine the finance charge for the billing cycle.  To get the "daily balance" we take the beginning balance of your account each day of the billing cycle, add any new advances, and subtract any payments made or credits issued and any unpaid interest or other finance charges.

**In Case of Errors or Questions About Your Line of Credit Bill or Mortgage Loan Statement**:
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606 or call (305) 577-7343 or call toll free 1-800-230-0332 as soon as possible. We must hear from you **no later than 60 days after we sent you the first bill or statement on which the error or problem appeared.** Telephoning us will not preserve your rights. In your letter, please provide: (1) your name and account number, (2) the dollar amount of the suspected error, and (3) describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount your question.

**Mortgage Loan Servicing Errors or Request for Information:**
Send a written request to City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606. In your written request, please provide your name, loan account number, and the specific error you believe occurred or the loan information being requested.

**Important - for Repurchase Agreements:**
**Investment products are not insured by the FDIC or by any federal government agency.  They are not a deposit or other obligation of, or guaranteed by City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested.**

**Access your account(s) 24 hours a day via online banking, mobile apps and with CityTel by calling 800-762-CITY or 856-470-1000.**

EQUAL HOUSING LENDER


City National Bank

100 S.E. 2nd Street, 19th Floor
Miami, FL 33131-2151
833-448-6500
citynational.com

Page 1
Account:                    XXXXXXX6195

1 of 2

## Client Services

 **Online**
citynational.com

 **CityTel**
1-800-762-CITY (2489)

 **Your Banking Center**
HOA
P.O. Box 025620
Miami, FL 33102-5620

 **Telephone**
305-577-7336
800-435-8839

**Your Banking Center Hours**
Lobby:    Monday - Friday:    9:00am - 5:00pm

OCEAN FIVE CONDOMINIUM ASSOC INC- BKCY
DEBTOR-IN-POSSESION
CARLOS J HERERA
CHAP 11 - C# 2025-15015
1680 MICHIGAN AVE STE 1014
MIAMI BEACH FL 33139-2549

For additional locations
and hours, please visit
citynational.com/locations

NMLS412469

 Member **FDIC**

 EQUAL HOUSING LENDER

## Bankruptcy

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX6195 | Beginning Balance: | $22.64 |
| Last Statement: | December 31, 2025 | Ending Balance: | $22.64 |
| This Statement: | January 30, 2026 | Average Ledger Balance: | $22.64 |
| | | Low Balance: | $22.64 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 01-01 | **Beginning Balance** | | | **$22.64** |
| | No activity this statement period | | | |
| 01-30 | **Ending totals** | **$0.00** | **$0.00** | **$22.64** |


Institute of Contemporary Art Miami | City National Bank

**Have you visited The Institute of Contemporary Art (ICA), Miami?**

Free admission to ICA is made possible by City National Bank.

Scan the code to claim your ticket.





# Proud Partner Of The Institute of Contemporary Art, Miami

Experience bold exhibitions and innovative ideas—all made accessible by City National Bank of Florida's partnership with the Institute of Contemporary Art.



Outstanding checks, withdrawals and debits:

| Number | Description | Amount |
|--------|-------------|--------|
|        |             | $      |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
|        |             |        |
| Total ⟹ | $         |        |

Bank balance shown on this statement:                    _____

**Add +**

Deposits not credited on this statement (if any)         _____
                                                          _____
                                                          _____
                                                          _____
                                                          _____

**Total**                                                 _____

⟹ **Subtract –** outstanding items                       _____

**Balance\***                                             _____

*\*This balance should agree with your checkbook balance after deducting service charge (if any) or adding interest (if any) shown on this statement.*

**In Case of Errors or Questions About Your Electronic Funds Transfer on a Consumer Account:**
Contact your local City National Bank of Florida banking center, or for lost check card call us at 1-800-762-2489 24-hours a day or write us (City National Bank of Florida, c/o E.F.T. Department, P.O. Box 025606, Miami, Florida 33102-5606) as soon as possible.  If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you **no later than 60 days after we sent you the FIRST statement** on which the error or problem appeared. (1) Tell us your name and account number, (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information, and (3) tell us the dollar amount of the suspected error and the date the transaction occurred. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this and this is a consumer account, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation. If you are asked to submit your complaint or question in writing and signed by you, and it is not received within 10 business days, we may not credit your account the disputed amount.

**Consumer Lines of Credit Finance/Interest Charge Calculation Information:**
City National Bank of Florida calculates FINANCE/INTEREST CHARGES on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. These daily finance charges are added together to determine the finance charge for the billing cycle.  To get the "daily balance" we take the beginning balance of your account each day of the billing cycle, add any new advances, and subtract any payments made or credits issued and any unpaid interest or other finance charges.

**In Case of Errors or Questions About Your Line of Credit Bill or Mortgage Loan Statement**:
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606 or call toll free 1-800-230-0332 as soon as possible. We must hear from you **no later than 60 days after we sent you the first bill or statement on which the error or problem appeared.** Telephoning us will not preserve your rights. In your letter, please provide: (1) your name and account number, (2) the dollar amount of the suspected error, and (3) describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount your question.

**Mortgage Loan Servicing Errors or Request for Information:**
Send a written request to City National Bank of Florida, c/o Loan Services Department, P.O. Box 025606, Miami, Florida 33102-5606. In your written request, please provide your name, loan account number, and the specific error you believe occurred or the loan information being requested.

> **Important - for Repurchase Agreements:**
> **Investment products are not insured by the FDIC or by any federal government agency.  They are not a deposit or other obligation of, or guaranteed by City National Bank of Florida or any of its affiliates. They are subject to investment risks, including possible loss of the principal amount invested.**

**Access your account(s) 24 hours a day via online banking, mobile apps and with CityTel by calling 800-762-CITY or 856-470-1000.**

