UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:

Ocean Five Condominium Assn, Inc.
Debtor
_______________________________/

CASE NO.: 25-15015-PDR
Chapter 11
[Subchapter V]

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

The Ocean Five Condominium Assn, Inc. moves under 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Local Rule 3022-1(a), for entry of a final decree closing this case because:

1. The SMALL BUSINESS DEBTOR'S SUBCHAPTER V PLAN (First Amended Plan) was confirmed on February 13, 2026 [DE 142]. The confirmation order is final.

2. The debtor is not an individual and the plan was not confirmed under 11 U.S.C. § 1191.

3. The effective date of the plan was March 15, 2026.

4. Deposits required by the plan have been distributed, any property proposed by the plan to be transferred has been transferred, the debtor or the successor to the debtor under the plan has assumed the business or the management of the property dealt with by the plan, and payments under the plan have commenced.

5. All motions, contested matters, and adversary proceedings have been finally resolved.

6. All fees required by 28 U.S.C. § 1930 have been paid.

WHEREFORE, Ocean Five Condominium Assn, Inc. respectfully requests that the Court enter a final decree and close this case..

**MEYER & NUÑEZ, P. A.**
Attorneys for Debtor
POB 430160
South Miami, Florida 33243
Phone No. (305) 285.8838

/s/ Robert C Meyer
_______________________________
ROBERT C. MEYER, ESQUIRE
Fla. Bar No. 436062

**MEYER & NUÑEZ, P. A.**
Attorneys for Debtor
101 N.W. 8th Street, Suite 200, Unit 12
Miami, Florida 33136
Phone No. (305) 772-9898

/s/ David Nuñez
_______________________________
DAVID NUÑEZ, ESQUIRE
Fla. Bar No. 646776

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all listed below via CM/ECF on June 16, 2026 or (if applicable) by United States mail on June 16, 2026 upon the parties below or on the attached list.

/s/ *Robert C. Meyer*
Robert C. Meyer

**CM/ECF:**

Carol Lynn Fox on behalf of Trustee Carol Lynn Fox – cfox@glassratner.com, cclf11@trustesolutions.net

Dan L Gold on behalf of U.S. Trustee Office of the US Trustee – Dan.L.Gold@usdoj.gov

Office of the US Trustee – USTPRegion21.MM.ECF@usdoj.gov

Jennifer Laufgas on behalf of Creditor Nationstar Mortgage LLC – ecfflsb@aldridgepite.com, jlaufgas@ecf.courtdrive.com

David A Nunez on behalf of Debtor Ocean Five Condominium Association, Inc. – david@nunez-law.com

Mark S. Roher, Esq. on behalf of Creditor The Birol Ozyesilpinar Living Trust Dated May 23, 2011 mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com